IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00013-MSK-MJW

RONALD LAASMAR, and
SANDRA LAASMAR,

       Plaintiffs,

v.

PHELPS DODGE CORPORATION LIFE,
ACCIDENTAL DEATH & DISMEMBERMENT AND DEPENDENT
   LIFE INSURANCE PLAN, a benefit plan provided by Phelps Dodge Corporation,
   a New York corporation, and
METROPOLITAN LIFE INSURANCE COMPANY,

       Defendants.

_____

**ORDER DENYING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
RESPONSE OUT OF TIME**
_____

**THIS MATTER** comes before the Court pursuant to the Defendants' Unopposed Motion

for Leave to File Response Out of Time **(#42)**.

The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil

Procedure or the United States District Court for the District of Colorado Local Rules of Practice

dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

**IT IS THEREFORE ORDERED** that Defendants' Unopposed Motion for Leave to File

Response Out of Time **(#42)** is **DENIED**, without prejudice.

Dated this 13th day of November, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge