IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00013-MSK-MJW

RONALD LAASMAR, and
SANDRA LAASMAR,

      Plaintiffs,

v.

PHELPS DODGE CORPORATION LIFE,
ACCIDENTAL DEATH & DISMEMBERMENT AND DEPENDENT
  LIFE INSURANCE PLAN, a benefit plan provided by Phelps Dodge Corporation,
  a New York corporation, and
METROPOLITAN LIFE INSURANCE COMPANY,

      Defendants.

## ORDER

**THIS MATTER** comes before the Court pursuant to the Defendants' Renewed Unopposed Motion for Leave to File Response Out of Time **(#45)**. The Court being fully advised in the foregoing,

**ORDERS** that Defendants' Renewed Unopposed Motion for Leave to File Response Out of Time **(#45)** is **GRANTED**. The Defendants' Response to the LaAsmars' Motion for Summary Judgment is accepted for filing.

Dated this 14th day of November, 2006

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge