IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00013-MSK-MJW

RONALD LAASMAR and
SANDRA LAASMAR,

    Plaintiffs,

vs.

PHELPS DODGE CORPORATION LIFE, ACCIDENTAL DEATH &
DISMEMBERMENT AND DEPENDENT LIFE INSURANCE PLAN, a benefit plan
provided by PHELPS DODGE CORPORATION, a New York corporation, and
METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants.

---

## ORDER VACATING SETTLEMENT CONFERENCE
( Docket No. 48 )

---

**THIS MATTER** comes before the Court pursuant to the Defendants' Motion to Vacate Settlement Conference. The Court finds that the Defendants have complied with D.C.COLO.LCivR 6.1(D) and D.C.COLO.LCivR 7.1(A), and that good cause supports the granting of the Motion.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Vacate Settlement Conference is **GRANTED**. ⊗

Dated this 21st day of November, 2006.

⊗ Parties may request that the settlement conference be reset by motion. The settlement conference set on December 4, 2006 at 1:30 p.m. is VACATED.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge