IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00013-MSK-MJW

RONALD LAASMAR, and
SANDRA LAASMAR,

        Plaintiffs,

v.

PHELPS DODGE CORPORATION LIFE, ACCIDENTAL DEATH & DISMEMBERMENT
AND DEPENDENT LIFE INSURANCE PLAN, a benefit plan provided by Phelps Dodge
Corporation, a New York corporation, and
METROPOLITAN LIFE INSURANCE COMPANY,

        Defendants.

## ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL

THIS MATTER comes before the Court on the Defendants' Unopposed Motion to Vacate Final Pretrial Conference (**#55**).

This is an ERISA case. On March 17, 2006, the Court held a hearing pursuant to Fed. R. Civ. P. 16., at which the Court suggested to the parties that they use an expedited approach to resolving the Plaintiffs' claims based upon an agreed administrative record and opposing briefs. The parties rejected the suggestion, preferring to follow the ordinary extended civil pretrial model. The parties then set the matter for a 3-day bench trial.

More than one year after the Court offered an expedited procedure, and following the filing of cross motions for summary judgment, the parties now agree that no trial is necessary.

**IT IS THEREFORE ORDERED** that:

The final pretrial conference set for April 12, 2007, and the trial set for July 10, 2007, are

**VACATED**, and the matter will be determined on the record before the Court.

Dated this 5th day of April, 2007

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge