IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00013-MSK-MJW

RONALD LAASMAR, and
SANDRA LAASMAR,

       Plaintiffs,

v.

PHELPS DODGE CORPORATION LIFE,
ACCIDENTAL DEATH & DISMEMBERMENT AND DEPENDENT
  LIFE INSURANCE PLAN, a benefit plan provided by Phelps Dodge Corporation,
  a New York corporation, and
METROPOLITAN LIFE INSURANCE COMPANY,

       Defendants.

## ORDER ON POST-JUDGMENT MOTIONS

THIS MATTER comes before the Court on the Plaintiffs' Motion for Extension of Time to File Motion to Alter or Amend Judgment **(#61)**, and on the Defendants' Motion for Stay of Execution of Judgment **(#62).** No response has been filed to either motion. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

On June 1, 2007, the Court entered a judgment in favor of the Plaintiffs' on their claim against the Defendants to recover insurance benefits in the amount of $96,000.

The Plaintiffs then moved for an extension of time until June 25, 2007 to file a motion to alter or amend the judgment, to address the issue of pre-judgment interest. They noted, however, that there is a "significant possibility" that this issue would be resolved by the parties without the

filing of such a motion.  The Defendants did not oppose the motion, but the Plaintiffs filed no motion to alter or amend the judgment by the deadline they requested or at any time thereafter. Therefore, the motion is moot.

Pursuant to Fed. R. Civ. P. 62(b), and due to their anticipation that the Plaintiffs would file a motion to alter or amend the judgment, the Defendants filed a motion to stay execution of the judgment "through and including the date on which the Court rules on an expected Motion to Alter or Amend Judgment."  Because the Plaintiffs filed no such motion, the Defendants' motion is also moot.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion for Extension of Time to File Motion to Alter or Amend Judgment **(#61)** and the Defendants' Motion for Stay of Execution of Judgment **(#62)** are **DENIED,** as moot.

Dated this 1st day of October, 2007

                                **BY THE COURT:**

                                *Marcia S. Krieger*

                                Marcia S. Krieger
                                United States District Judge